# PD-0752-15

CASE No. 02-14-00426-CR

CHARLES A. GREEN, Petitioner          §          IN THE COURT OF

                                      §

                                      §          CRIMINAL APPEALS

                                      §

THE STATE OF TEXAS, Respondent        §          AUSTIN, TEXAS.

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 18 2015

Abel Acosta, Clerk

MOTION TO SUSPEND TEXAS RULES APP. PROC. 9.3

To: The Honorable Justices of said Court:

   Comes Now, Charles A. Green, petitioner, pro-se, and files his motion request-
ing the Court of Criminal Appeals to suspend Texas Rules of Appellate Procedure
Rule 9.3 number of copies. He shows the Court the following:

FILED IN
COURT OF CRIMINAL APPEALS

JUN 19 2015

Abel Acosta, Clerk

ONE

   Texas Rules of Appellate Procedure 9.3 requires a petitioner to file 11-copies

of his petition for Post Discretionary Review.

TWO

   The petitioner is a incarcerated prisoner, he does not have access to a copy

machine, and request that the Court suspend the rule 9.3 and allow him to file

the original, and a "carbon copy" of his petition for post discretionary review.

PRAYER

   The petitioner Charles A. Green prays that the Honorable Court will grant his

motion, and allow him to submit a Original and one-carbon copy of his petition

for discretionary review.

June 14, 2015                              RESPECTFULLY SUBMITTED

                                           *Charles A. Green*

                                           CHARLES A. GREEN
                                           #1959504  WYNNE UNIT
                                           810  FM 2821
                                           HUNTSVILLE, TEXAS.
                                           77349.